# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JOHN J. O'BRIEN, III, ESQ., | : | No. 391 MAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JACQUELINE TUCKER, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 3rd day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.